**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01429-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

SCOTT ALEX COPLEN,

    Plaintiff,

v.

ANTHONY OSAGIE,
DAVID ALLRED,
C. DANIELS,
D. BERKEBILE,
LISA GREGORY,
PAUL HARVEY,
(FNU) NEHLS,
PAUL LAIRD,
(FNU) MCDERMOTT, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    Plaintiff, Scott Alex Coplen, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He has submitted *pro se* a Prisoner Complaint (ECF No. 1).

    As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the complaint is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   _X_   is not submitted (<u>must use the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official</u>)
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the court. Only an original has been received.
(10)  _X_   other: <u>§ 1915 motion and affidavit and certified account statement only are necessary if $400.00 filing fee is not paid in full in advance.</u>

**Complaint, Petition or Application**:
(11)  ___   is not submitted
(12)  ___   is not on proper form (must use the court's current form)
(13)  ___   is missing an original signature by the prisoner
(14)  ___   is missing page nos. ___
(15)  ___   uses et al. instead of listing all parties in caption
(16)  ___   An original and a copy have not been received by the court. Only an original has been received.
(17)  ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  ___   names in caption do not match names in text
(19)  ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov, and shall use that form in curing the designated deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the complaint and the action will be dismissed without further notice.

DATED June 6, 2013, at Denver, Colorado.

                         BY THE COURT:

                         s/Boyd N. Boland
                         United States Magistrate Judge